IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CAITLYN JEAN APRIL,                    )
                                       )
               Plaintiff,              )            4:11CV3024
                                       )
        V.                             )
                                       )
JOE HUNT, and RAWLINS & RIVERA,        )            ORDER
INC.,                                  )
                                       )
               Defendants.             )
_____       )

This matter was filed by the plaintiff on February 25, 2011, (filing no. 1).  An order granting the plaintiff's motion for an Entry of Default was issued on June 24, 2011 and a copy of the order was mailed to the defendants' address of record, (filing no. 17).  This mailing was returned as "undeliverable" on July 5, 2011, (filing no. 18).  Since that date the plaintiff has taken no action to further progress this case.

Accordingly,

IT IS ORDERED that the plaintiff is given until Monday, September 12, 2011 to show cause why plaintiff's claims should not be dismissed for want of prosecution, in the absence of which the plaintiff's claims against the defendants may be dismissed and a judgment of dismissal may be entered without further notice.

DATED this 29th day of August, 2011.

BY THE COURT:

S/ Cheryl R. Zwart
United States Magistrate Judge